IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-06-692 (1) |
| | § | C.A. No. C-08-306 |
| ALVARO OCHOA-MOLINA, | § | |
| | § | |
| Defendant/Movant. | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY

Pending before the Court is Alvaro Ochoa-Molina's motion for extension of time to file his reply. (D.E. 40.) In it, he seeks an additional thirty days to file a reply to the United States' response to his § 2255 motion and to respond to the government's motions to dismiss and summary judgment. Movant's reply is currently due on December 23, 2008.

Ochoa-Molina's motion for a thirty-day extension (D.E. 40) is GRANTED. His reply shall be filed not later than January 22, 2009.

It is so ORDERED this 9th day of December, 2008.

_____
Janis Graham Jack
United States District Judge